UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT A. BEDWELL, )
)
    Plaintiff, )
)
vs. ) No. 3:12-cv-00291
)
CON-WAY FREIGHT, INC., )
)
    Defendant. )

### ORDER

In accordance with FRCP 41, Plaintiff's Motion for Voluntary Dismissal without prejudice is allowed. The defendant has not answered or otherwise appeared. Cause dismissed without prejudice.

Dated: this 3rd day of October, 2012.

                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE